United States District Court
Southern District of Texas
**ENTERED**
May 08, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GRETCHEN STINSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:23-CV-00114 |
| | § | |
| WALMART INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

Pursuant to the "Joint Stipulation of Dismissal Pursuant to FRCP 41(a)(1)(A)(ii)" (D.E. 53), the Court enters final judgment dismissing this action with prejudice.

**ORDERED** on May 7, 2024.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE